# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **BENJAMIN VIENT,**<br><br>        Plaintiff,<br><br>v.<br><br>**ANCESTRY,**<br><br>        Defendant. | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION**<br><br>Case No. 2:19CV51-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On January 23, 2020, Magistrate Judge Romero issued a Report and Recommendation, recommending that Defendant's motions to dismiss [ECF Nos. 27 & 39] be denied without prejudice, Plaintiff's motion for leave to amend complaint [ECF No. 37] and motion to add defendant [ECF No. 32] be granted, Plaintiff's motion for extension of time for service [ECF No. 44] be granted, Plaintiff's additional motions [ECF Nos. 16, 17, 18, 19, 20, 28, 31, 38] be denied, and that ECF No. 38 be unsealed.

      The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is past the time for filing objections, the court has not received any objections to the Report and Recommendation. Rather, Plaintiff has filed an Amended Complaint in

compliance with the Report & Recommendation.

The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court.

DATED this 12th day of February, 2020.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge