IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **BENJAMIN VIENT,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANCESTRY,**<br><br>Defendant, | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:19-CV-51-DAK<br><br>Judge Dale A. Kimball |

This matter is before the court on Plaintiff's Motion for Relief Under Federal Rule of Civil Procedure 60(a) [ECF No. 96]. This is Plaintiff's fourth motion for relief under Rule 60. Plaintiff does not advance any new arguments. The court has analyzed Plaintiff's motions and found them without merit. Plaintiff's new motion also fails to provide any basis for this court to reconsider its prior orders. Therefore, the court denies Plaintiff's motion. If Plaintiff files any more meritless filings, the court will consider imposing sanctions and awarding Defendant attorneys' fees.

DATED this 13th day of October, 2021.

BY THE COURT:

_____
DALE A. KIMBALL,
United States District Judge